IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| SAMMY S. DOBBINS, )<br>)<br>Plaintiff, )<br>) | <br><br><br>3:04-cv-200 |
| v. )<br>) | <br>(Phillips/Shirley) |
| JO ANNE B. BARNHART, )<br>Commissioner of )<br>Social Security, )<br>) | |
| Defendant. ) | |

## O R D E R

This social security appeal is before the court on the report and recommendation filed by United States Magistrate Judge C. Clifford Shirley, Jr., regarding plaintiff's motion for an award of attorneys' fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d) [Doc. 21]. Defendant Commissioner does not oppose plaintiff's motion [Doc. 23].

After a careful review of this matter, the court is in complete agreement with the magistrate judge's conclusions in his report and recommendation [Doc. 24], which the court **ACCEPTS IN WHOLE** and incorporates into its ruling. See 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b). Plaintiff's motion for attorneys' fees under the EAJA [Doc. 21]

is **GRANTED** in the total amount of Eight Hundred Eighteen Dollars and Two Cents ($ 818.02).

       **IT IS SO ORDERED.**

                       **ENTER:**

                         <u>     **s/ Thomas W. Phillips**     </u>
                              **UNITED STATES DISTRICT JUDGE**

2

Case 3:04-cv-00200   Document 25   Filed 06/06/05   Page 2 of 2   PageID #: 83